**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARINDER KHERA AND GURPREET KHERA,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY INSURANCE CORPORATION, AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. 2:23-cv-01090-CKD<br><br>**ORDER GRANTING LIBERTY MUTUAL INSURANCE COMPANY'S AND LIBERTY INSURANCE CORPORATION'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to defendants Liberty Mutual Insurance Company's and Liberty Insurance Corporation's (collectively, "Defendants") *Ex Parte* Application for Extension of Time to Respond to Plaintiffs Harinder Khera's and Gurpreet Khera's Complaint, and for good cause shown, it is hereby ordered that defendants Liberty Mutual Insurance Company and Liberty Insurance Corporation shall have until and including July 28, 2023, to file their respective responses to Plaintiffs' Complaint.

    IT IS SO ORDERED.

Dated:  June 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,kher.1090