UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARINDER KHERA, ET AL., | 2:23-cv-1090-CKD |
| Plaintiffs, | ORDER |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL., | |
| Defendants | |

This case was removed from state court on June 7, 2023, and assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules.  (ECF No. 1.)  Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 3) within fourteen days of removal, in this case by June 21, 2023.  (ECF No. 3 at 2, para. 2.)

A review of the docket indicates that no Consent/Decline forms have yet been submitted.  There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented.  See Fed. R. Civ. P. 73(b)(1).  However, for proper case administration, each party must inform the Clerk of Court whether it consents to magistrate judge jurisdiction for all purposes.

1

      Therefore, the parties shall file their Consent/Decline forms within seven days of this order.

      IT IS SO ORDERED.

Dated:  June 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,kher.1090